UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 29 2025

KEVIN P. WEIMER, Clerk
By: SBy Deputy Clerk

CLAUDE BELL
Plaintiff,

v.                           Case Number: 1:25-cv-5706-SEG-LRS

UNICITY AUTOMOTIVE INC.
Defendant.

---

All the allegations made by the plaintiff, Claude Bell is not true, he is fabricating this narrative. He stated that he has spoken to me about it, but that is also false, he never spoke with me about it. The manager Tim Picard never used that word in my shop and I have certified letters from all my employees stating that they never witness any of that happening in the work area.

Antonio C. Dutra

FOR THE RECORDS, I, ANTONIO C. DUTRA, WILL HAVE A SURGERY ON NEXT WEEK MONDAY A A I'LL BE OUT OF ACTION FOR A FEW DAYS BEFORE I CAN BE BACK WORKING. I'M AVAILABLE BY PHONE AND MY NUMBER IS (478) 508-2966 THE COURT CAN REACH ME AT ANY TIME BY PHONE.

TO WHOM IT MAY CONCERN,

THE 8 YEARS THAT I HAVE BEEN WORKING WITH TIM PICARD, I HAVE NEVER HEARD TIM PICARD SAY THE WORD "NIGGER". WHEN THE GUYS IN THE OIL BAY ALWAYS PLAY MUSIC AND THEY SAY THE WORD "NIGGER", TIM PICARD ALWAYS ASK WHY THEY SAY THAT WORD. TO MY KNOWLEDGE I HAVE NEVER HEARD TIM PICARD CALL CLAUDE BELL OR ANYONE THE WORD "NIGGER".

SINCERELY,
DAVID NELSON
TECHNICIAN
October 17, 2025

*[Signature: David Nelson]*

**OFFICIAL SEAL**
**BREAUNNA CONNER**
NOTARY PUBLIC-GEORGIA
HENRY COUNTY
My Comm. Expires August 25, 2026

*[Signature: Bri Conner]*  10/28/25

To whom it may concern,

I have been working alongside Tim Picard my manager for a little over three years I have never witnessed him use any racial slurs in those years.

Michael M Thomas

*[signature: Michael Thomas]*

*[Notary stamp: JERRY L. BRONSON, Notary Public, Georgia, Fulton County, My Commission Expires March 14, 2028]*

*[signature]*

OCTOBER 24, 2025

# PRECISION TUNE AUTO CARE

PRECISION TUNE AUTO CARE
770.969.4656 PH.
PTUNE10728@YAHOO.COM

PRECISION TUNE
AUTOCARE
24 OCTOBER 24, 2025

6800 LONDONDERRY WAY
UNION CITY, GA. 30291

TO WHOM IT MAY CONCERN:

ACCORDING TO THE COMPLAINT FILED BY CLAUDE BELL, TO MY KNOWLEDGE ALL ALLEGATIONS OF TIM PICARD USING THE WORD" NIGGER" TOWARDS ANYONE IN THE SHOP IS UNTRUE.

SINCERELY,
ANGELIA TILLERY
OFFICE MANAGER

*[signature]*

Notary: *[signature]*
10-24-2025



OFFICIAL SEAL
AIRREYON NORFLEET
NOTARY PUBLIC-GEORGIA
FULTON COUNTY
My Comm. Expires 20-Dec-2025

# PRECISION TUNE AUTO CARE

PRECISION TUNE AUTO CARE
770.969.4656 PH.
PTUNE10728@YAHOO.COM

PRECISION TUNE
AUTOCARE
24 OCTOBER 24, 2025

6800 LONDONDERRY WAY
UNION CITY, GA. 30291

TO WHOM IT MAY CONCERN,

ACCORDING TO THE COMPLAINT FILED BY CLAUDE BELL, ALL ALLEGATIONS OF RACISM OR USE OF THE TERM" NIGGER" IN THE SHOP TOWARDS ANY EMPLOYEE OR PLINTIFF IS A TOTAL LIE FABRICATED BY BELL AS RETALIATION FOR HIS TERMINATION. HE WAS FIRED 8/11/2025 FOR LYING ABOUT THE CONDITION OF A CAR AND SAYING THE OIL DRAIN PLUG WAS STRIPPED AND OIL COULDN'T BE CHANGED. ALSO, HE WAS FIRED FOR NOT CHANGING THE OIL FILTERS ON THE CARS AND LEAVING OFF THE SKID PLATES AS I HAVE THE INVENTORY DOCUMENTED. EVERY ALLEGATION LISTED IN THE COMPLAINT UNICITY AUTO ARE LIES.

SINCERELY,
TIM PICARD
MANAGER

*[signature: Tim Picard]*

*[signature: A B]*
October 24, 2025

OFFICIAL SEAL
ANDREA BROWNE
NOTARY PUBLIC-GEORGIA
FULTON COUNTY
My Comm. Expires Dec. 7, 2027