IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLAUDE BELL,                        )
                                    )    Civil Action
    Plaintiff,              )    No. 1:25-cv-05706-SEG-LRS
                                    )
v.                                  )
                                    )    JURY TRIAL DEMANDED
UNICITY AUTOMOTIVE, INC.            )
                                    )
    Defendant.              )
_____     )

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

COMES NOW, Plaintiff Claude Bell ("Plaintiff"), by and through undersigned counsel, and applies to the Clerk for an entry of default as to Defendant Unicity Automotive, Inc. ("Defendant") upon the complaint filed and served upon Defendant in accordance with the provisions of Rule 55(a) of the Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

1.

Plaintiff filed her Complaint in the above-styled action on October 6, 2025 [Doc. 1].

1

2.

The Complaint alleges that Defendant violated Plaintiff's rights under U.S.C §1991 (hereinafter "Section 1981").

3.

Defendant was served on October 16, 2025. [Doc. 3].

4.

Defendant's Answer to the Complaint was due on November 6, 2025.  To date, Defendant has not filed an Answer or other defensive pleading.

5.

On October 29, 2025, who is not a licensed attorney, Antonio C. Dutra, filed an answer *pro se* on behalf of Defendant.  [Doc. 4].

6.

Defendant, as a corporation, must be represented by a licensed attorney. *National Independent Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.,* 748 F.2d 602, 609 (11th Cir. 1984).

7.

Plaintiff emailed the email address provided on Docket No. 4 on November 12, 2025, informing Defendant that it was required to obtain counsel to properly respond to Plaintiff's complaint. *See* Exhibit A.

8.

Plaintiff emailed the Court, copying the email address provided on Docket No. 4, on November 12, 2025, informing the Court of the situation prior to the filing of this Motion. *See* Exhibit B.

9.

Rule 55(a) of the Federal Rules of Civil Procedure pertaining to Default and Default Judgment provides that: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

10.

By not filing a proper Answer and failing to obtain legal counsel, Defendant has failed to properly plead, Answer, or otherwise defend this action, as provided in Rule 12(a) of the Federal Rules of Civil Procedure.

11.

For the reasons above, this Court should find that Plaintiff is entitled to entry of default against Defendant.

**WHEREFORE**, Plaintiff respectfully requests that the Court direct that the Clerk enter default against Defendant for its failure to answer or otherwise defend.

Respectfully submitted the 31st day of December, 2025.

**THE WORKERS' FIRM**

/s/ V. Severin Roberts, Esq
V. Severin Roberts
Georgia Bar No. 940504
Patrick Reid
Georgia Bar No. 888769
The Workers' Firm
7000 Central Parkway, Suite 1100, Office 23
Atlanta, GA 30328
(404) 382-9660
severin@theworkersfirm.com
patrick@theworkersfirm.com


Counsel for Plaintiff

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLAUDE BELL,                                    )
                                                )    Civil Action
    Plaintiff,                            )    No. 1:25-cv-05706-SEG-LRS
                                                )
v.                                              )
                                                )    JURY TRIAL DEMANDED
UNICITY AUTOMOTIVE, INC.                        )
                                                )
    Defendant.                            )
_____    )

## CERTIFICATE OF SERVICE

On this day I served a copy of the forgoing *PLAINTIFF'S MOTION TO STRIKE FOR ENTRY OF DEFAULT* via CM/ECF filing system, which will give notice to all attorneys and individuals of record.


Respectfully submitted the 31st day of December, 2025.


**THE WORKERS' FIRM**

/s/ V. Severin Roberts, Esq
V. Severin Roberts
Georgia Bar No. 940504