**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CLAUDE BELL,<br><br>Claimant,<br><br>v.<br><br>UNICITY AUTOMOTIVE, INC.,<br><br>Respondent. | Case No. 1:25-cv-05706-SEG-LRS |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

COME NOW, Severin Roberts, of The Workers Firm, counsel for Plaintiff Claude Bell, and pursuant to Rule 83.1 (E)(3) of the Civil Local Rules of Practice for the Northern District of Georgia, files this Motion to Withdraw as Counsel for Plaintiff.

1. Undersigned counsel sent Plaintiff notice, via electronic mail, of their intent to withdraw on July 6, 2026. Counsel also mailed notice of the same to Plaintiff via Certified Mail on July 7, 2026, to his last known address. This notice included the conditions and information outlined in USCR 4.3(2). Filed along with this motion is a copy of the notice of that intent sent to Plaintiff as Exhibit "A."
2. Granting this motion will not interrupt the orderly operation of the court or be manifestly unfair to the Plaintiff.

Respectfully submitted on August 11, 2026.

**THE WORKERS' FIRM**

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504
The Workers' Firm
7000 Central Parkway, Suite 1000
Atlanta, GA 30328
(404)-382-9660
severin@theworkersfirm.com

Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CLAUDE BELL,<br><br>Claimant,<br><br>v.<br><br>UNICITY AUTOMOTIVE, INC.,<br><br>Respondent. | Case No. 1:25-cv-05706-SEG-LRS |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Motion to Withdraw as Counsel for Planitiff* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 11th day of August, 2026.

**THE WORKERS FIRM**

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504